**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 19, 2010 |
| Court Reporter: Janet Coppock | Time: 23 minutes |
| Probation Officer: Justine Kozak | Interpreter: Tatiana Contreras |

**CASE NO.  09-CR-00417-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Wyatt Angelo |
| Plaintiff, | |
| vs. | |
| **SERGIO BALDERAS-PUENTES,** | Kathryn Stimson |
| Defendant. | |

**SENTENCING**

**2:42 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00417-PAB
February 19, 2010

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Ms. Stimson addresses sentencing.

Mr. Angelo addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Government's Oral Motion for Downward Departure is **GRANTED.**

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence - Defendant's Motion for Variant Sentence (Doc #17), filed 1/28/10 is **DENIED as MOOT.**

Defendant entered his plea on **December 4, 2009** to count **One of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **24** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**)  If not deported, within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
09-CR-00417-PAB
February 19, 2010

      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

      (**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:

      (**X**)    If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

      (**X**)    Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

      (**X**)    Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility (Doc #21), filed 2/18/10 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:05 p.m.**            **COURT IN RECESS**

**Total in court time:**    **23 minutes**

**Hearing concluded**